IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN PEREZ,

    Plaintiff,

v.                                                                                                  No. 2:22-cv-00329 KRS/CG

JOHN EDWARD WILLHELM, a Chaves
County Detention Center Officer,

    Defendant

## STIPULATED ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice, and the Court, having reviewed the submission of the Parties and being otherwise fully advised, finds that the Motion is WELL-TAKEN and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Complaint in this matter is hereby dismissed with prejudice.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted and approved:

MACKE LAW & POLICY, LLC

/s/ *Daniel J. Macke  06/06/2022*
Daniel J. Macke
Attorney for Defendant
8206 Louisiana Blvd. N.E. Ste. A
Albuquerque, New Mexico, 87113
(505) 308-8668
dan@mackelaw.com

THE KENNEDY LAW FIRM, P.C.

*/s/ Joseph P. Kennedy 06/06/2022*
Joseph P. Kennedy
*Attorney for Plaintiff*
1000 2nd Street NW
Albuquerque, NM 87102
505-244-1400 / F: 505-244-1406
jpk@civilrightslaw.com